MILSOM RENDERING & FERTILIZER CO., Appellant, v. BAKER, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the Milsom Rendering & Fertilizer Company against William H. Baker. No opinion. Motion for leave to appeal to the court of appeals granted, and questions stated and ordered settled and filed with the clerk. See 44 N. Y. Supp. 999.

MITCHELL v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by John Mitchell against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

MITCHELL v. WEIR. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Annie Mitchell against Levi C. Weir, as president of Adams Express Company. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 1085.

In re MOEHRING. (Supreme Court, Appellate Division, First Department. June, 18, 1897.) In the matter of Sophie Moehring, deceased. F. E. Perham, for appellant. W. A. Woodworth, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MONROE COUNTY, Appellant, v. CROUCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Monroe county, judgment creditor, against Wesley Crouch, as survivor, etc., judgment debtors. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except FOLLETT, J., not voting.

MONTGOMERY, Respondent, v. BUFFALO RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Edwin W. Montgomery against the Buffalo Railway Company. No opinion. Reargument ordered.

MORLEY, Respondent, v. BROOKLYN EL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 7, 1897.) Action by Clara B. Morley against the Brooklyn Elevated Railroad Company. No opinion. Judgment modified by striking out the provision that the plaintiff recover absolutely the award for fee damages, and, as modified, affirmed, with costs.

MORRIS v. STEVENS. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) Action by one Morris against one Stevens. No opinion. Judgment affirmed, with costs.

MORRIS, Respondent, v. STEVENS, Appellant. (Supreme Court, Appellate Division, Second Department. July 15, 1897.) Action by Margaret Morris against Augustus P. Stevens. No opinion. Judgment affirmed, with costs.

MULLER v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Michael Muller against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

MUNZINGER, Respondent, v. UNITED PRESS, Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Louis Munzinger against the United Press. W. C. Davis, for appellant. B. Patterson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MYHILL, Respondent, v. PELLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Carrie Myhill against Edgar Z. Pells. No opinion. Judgment and order affirmed, with costs.

NEW YORK LIFE INS. CO. v. KANE et al. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by the New York Life Insurance Company against Walter L. Kane and others. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 543.

NORTHEASTERN PERMANENT SAVINGS & LOAN ASS'N, Respondent, v. SCHUTTE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the Northeastern Permanent Savings & Loan Association against John C. Schutte, impleaded, etc. No opinion. Judgment affirmed, with costs.

O'CONNOR, Respondent, v. FITCH et al., Appellants. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Thomas H. O'Connor against Ashvel P. Fitch and others. T. Connoly, for appellants. E. Root, for respondent. No opinion. Judgment affirmed, with costs, on the authority of Beekman v. Railroad Co., 43 N. Y. Supp. 174.

In re ODELL. (Supreme Court, Appellate Division, Second Department. August 2, 1897.) In the matter of the application of Charles Odell. No opinion. Order modified by striking therefrom the award of costs, and, as modified, affirmed, without costs.

O'DWYER, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Sarah O'Dwyer against Thomas J. O'Brien. No opinion. Motion to amend the order denied, without costs. Motion for leave to appeal to court of appeals denied, without costs. See 43 N. Y. Supp. 815.

O'RIELLY v. DALE. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by Lawrence J. O'Rielly against John H. Dale, William H. Ricketts, receiver, appellant, and Waterbury Man-